# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Trustees of the Glaziers Architectural Metal and Glass
Workers Local Union No. 27 Welfare and Pension Funds

Plaintiff,

v.

Case No.:
1:24−cv−04595

Honorable
LaShonda A.
Hunt

Glass Management Services, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 7, 2025:

MINUTE entry before the Honorable LaShonda A. Hunt: Upon consideration of the status report regarding bankruptcy [35] indicating that defendant's chapter 11 petition remains pending, the Court directs plaintiff to submit an updated status report on the bankruptcy proceedings by 1/8/26, or within 14 days of termination of the automatic stay, whichever is earlier. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.