UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Trustees of the Glaziers Architectural Metal and Glass
Workers Local Union No. 27 Welfare and Pension Funds
                                                    Plaintiff,
v.                                                  Case No.:
                                                    1:24−cv−04595
                                                    Honorable
                                                    LaShonda A.
                                                    Hunt
Glass Management Services, Inc.
                                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 21, 2026:

  MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff failed to file a status report by 1/8/26 [36] as previously ordered. The overdue status report is due by 1/26/26. Otherwise, this case will be dismissed for want of prosecution and failure to comply with court orders. Mailed notice (gel,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.