# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the Glaziers Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds

Plaintiff,

v.

Case No.: 1:24−cv−04595

Honorable LaShonda A. Hunt

Glass Management Services, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 30, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of Plaintiff' status report [39], this matter is set for a telephonic status hearing on 2/5/26 at 9:45AM. Attorneys/parties may appear by dialing: 1−650−479−3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.