## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the Glaziers Architectural Metal and Glass Workers Local Union No. 27 Welfare and Pension Funds
      Plaintiff,

v.

Glass Management Services, Inc.
      Defendant.

Case No.: 1:24−cv−04595
Honorable LaShonda A. Hunt

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 5, 2026:

    MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic status hearing held. Defendant did not appear. An updated status report regarding Defendant's bankruptcy proceeding is due by 4/6/26 or within 14 days after any change in the status quo. As discussed, the report (and all reports going forward) must contain detailed information regarding Defendant's bankruptcy from which the Court can determine how this matter should proceed (e.g., most recent activity, anticipated major developments, status of any proposed plan, treatment of Plaintiff's claim, etc.) Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.