**IN THE UNITED STATES DISTRICT COURT
FOR THE NERTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 24-cv-4595 |
| v. | ) ) ) | |
| GLASS MANAGEMENT SERVICES, INC., an Illinois Corporation, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' DISCLOSURES AND NOTIFICATION
AS TO NO AFFILIATES**

Pursuant to Rule 3.2 of this Court, Plaintiffs, by and through their attorneys, PAUL M. EGAN, GRANT R. PIECHOCINSKI, and ARNOLD AND KADJAN LLP, provide the following Disclosures and Notification as to No Affiliates:

The Plaintiff Funds are non-governmental, non-corporate entities with no shareholders and no affiliates.

Respectfully submitted,

TRUSTEES OF THE GLAZIERS LOCAL
UNION NO. 27 WELFARE 7 PENSION FUNDS.

By: /s/     Grant R. Piechocinski
One of Plaintiffs' attorneys

ARNOLD AND KADJAN, LLP
35. East Wacker Drive, Suite 600
Chicago, IL 60601
(312)236-0415