**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NERTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 24 cv 4595 |
| v. | ) ) ) | |
| GLASS MANAGEMENT SERVICES, INC., an Illinois Corporation, | ) ) ) | |
| Defendant. | ) | |

**STATUS REPORT**

Plaintiffs, by and through their attorneys, Paul M. Egan, Grant R. Piechocinski and Arnold and Kadjan, LLP, hereby submit this Status Report. In support thereof, Plaintiffs state as follows:

1. On or about September 22, 2024, Defendant Glass Management Services, Inc. filed a Chapter 11 Bankruptcy in the United States Bankruptcy Court for the Northern District of Illinois (24-BK-14036).

2. The matter is still currently pending and the automatic stay is still in effect.

3. The next hearing in the bankruptcy case is set for April 29, 2026.

4. The plan of reorganization has not yet been filed.

1

Respectfully submitted,

**Trustees of the Glaziers Architectural Metal
And Glass Workers Local Union No. 27 Welfare
and Pension Funds**

By:__/s/Grant R. Piechocinski_____
        One of their attorneys

Grant R. Piechocinski
**ARNOLD AND KADJAN, LLP**
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
(312) 236-0415
gp@aandklaw.com

2