## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the Glaziers Architectural Metal and Glass
Workers Local Union No. 27 Welfare and Pension Funds

                                             Plaintiff,

v.

                                             Case No.:
1:24–cv–04595

Honorable
LaShonda A.
Hunt

Glass Management Services, Inc.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 10, 2026:

       MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's late−filed status report [43] is stricken as untimely and for failure to comply with the Court's prior order [41]. Plaintiff must file a status report that is consistent with both the 2/5/26 discussion in court and the related order [41] and sets forth excusable neglect for the missed deadline under Fed. R. Civ. P. 6(b)(1)(B) by 4/13/26. Otherwise, this case will be dismissed for failure to prosecute and comply with court orders. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.