**IN THE UNITED STATES DISTRICT COURT
FOR THE NERTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRUSTEES OF THE GLAZIERS, )
ARCHITECTURAL METAL AND )
GLASS WORKERS LOCAL )
UNION NO. 27 WELFARE AND )
PENSION FUNDS, )
    )
    Plaintiffs, )
    )     No. 24-cv-4595
    )
    v. )
    )
GLASS MANAGEMENT SERVICES, )
INC., an Illinois Corporation, )
    )
    Defendant. )

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 27 WELFARE AND PENSION FUNDS, by counsel, and hereby dismiss this action against Defendant, GLASS MANAGEMENT SERVICES, INC. a Illinois Corporation, without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

In support thereof, Plaintiffs state:

1.    Plaintiffs filed their First Amended Complaint on September 11, 2024.

2.    Defendant not having answered the First Amended Complaint, Plaintiffs may voluntarily dismiss the case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

**WHEREFORE**, Plaintiffs give this notice, dismissing the case without prejudice.

Respectfully submitted,

TRUSTEES OF THE GLAZIERS LOCAL
UNION NO. 27 WELFARE 7 PENSION FUNDS.

By: /s/    Grant R. Piechocinski
         One of Plaintiffs' attorneys

ARNOLD AND KADJAN, LLP
35. East Wacker Drive, Suite 600
Chicago, IL 60601
(312)236-0415