**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Trustees of the Glaziers Architectural Metal and Glass
Workers Local Union No. 27 Welfare and Pension Funds

                                                        Plaintiff,

v.                                                      Case No.:
                                                        1:24–cv–04595
                                                        Honorable
                                                        LaShonda A.
                                                        Hunt

Glass Management Services, Inc.

                                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, April 13, 2026:


    MINUTE entry before the Honorable LaShonda A. Hunt: Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Plaintiffs' notice of voluntary dismissal [45], this action is being dismissed without prejudice. All pending motions and deadlines are terminated as moot. Civil case terminated. Mailed notice (gel,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.